**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Davida Guse, ) | No. CIV 04-2666-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Alhambra School District Number 68, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the Joint Request of both parties to grant a limited extension of the discovery completion date (dkt. 42 ), and for good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Joint Request of both parties to grant a limited extension of the discovery completion date (dkt. 42 .)

**IT IS FURTHER ORDERED** that the deadline to complete discovery, previously scheduled for August 25, 2006, is continued to September 12, 2006.

DATED this 16th day of August, 2006.

Stephen M. McNamee
United States District Judge