**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Davida Guse, | ) | No. CIV 04-2666-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Alhambra School District Number 68, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having received a Motion for Summary Judgment from Defendant Alhambra School District Number 68, filed with the Court on September 26, 2006,

**IT IS HEREBY ORDERED** that the Final Pretrial Conference set for October 24, 2006 at 4:00 p.m. is **VACATED**.

DATED this 27th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge