**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Davida Guse, ) | No. CIV 04-2666-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) |  |
| Alhambra School District Number 68, ) |  |
| Defendant. ) |  |

Pending before the Court is Defendant's unopposed Motion for Extension of Time to File a Response to Plaintiff's Motion for Partial Summary Judgment. (Dkt. 59.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Extension of Time to File a Response to Plaintiff's Motion for Partial Summary Judgment. (Dkt. 59.)

**IT IS FURTHER ORDERED** that Defendant shall file its response to Plaintiff's Motion for Partial Summary Judgment no later than November 3, 2006.

DATED this 1st day of November, 2006.

Stephen M. McNamee
United States District Judge