**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Davida Guse, | ) | No. CIV 04-2666-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Alhambra School District Number 68, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pending before the Court is Plaintiff's unopposed Motion for Extension of Time to File a Reply in support of Plaintiff's Motion for Partial Summary Judgment. (Dkt. 64.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's unopposed Motion for Extension of Time to File a Reply in support of Plaintiff's Motion for Partial Summary Judgment. (Dkt. 64.)

**IT IS FURTHER ORDERED** that Plaintiff shall file her reply in support of Plaintiff's Motion for Partial Summary Judgment no later than November 27, 2006.

DATED this 27th day of November, 2006.

Stephen M. McNamee
United States District Judge